United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 21, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-10371
Conference Calendar

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JIMMY EARL WHITE, JR.,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:02-CR-304-ALL-D
--------------------

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

    Counsel appointed to represent Jimmy Earl White, Jr., has
moved for leave to withdraw and has filed a brief as required by
Anders v. California, 386 U.S. 738 (1967).  White has not filed a
response.

    Our independent review of the brief and the record discloses
no nonfrivolous issues in this direct appeal.  Accordingly, the
motion to withdraw is GRANTED, and counsel is excused from

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

further responsibilities herein.  The appeal is DISMISSED.

<u>See</u> 5TH CIR. R. 42.2.